**No. 43004.**—Protest 193136–G of Lord & Taylor (New York).

Opinion by TILSON, J. The record established that certain of the merchandise in question consists of wool knit wearing apparel similar to that the subject of *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim at 45 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 43005.**—Petition 5925–R of Haupt & Burgi (New York).

Opinion by TILSON, J. It appeared that the importer was diligent in trying to ascertain the proper value at which to enter this merchandise. On the record it was found that there was no intent to defraud the revenue or to conceal or misrepresent the facts or deceive the appraiser. The petition was therefore granted.

**No. 43006.**—Protests 842081–G, etc., of Marr Duplicator Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same as that the subject of *Marr* v. *United States* (2 Cust. Ct. 435, C. D. 173). The claim at 15 percent and 5 cents per pound as surface-coated paper was therefore sustained.

BEFORE THE FIRST DIVISION, JANUARY 15, 1940

**No. 43007.**—Protests 979520–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43008.**—Protests 902523–G, etc., of Wm. H. Masson, Inc., et al. (Baltimore, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.